IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-02143-PAB-MJW

GOL TV, INC., a Florida corporation.
**Plaintiff,**

v.

ECHOSTAR SATELLITE CORPORATION, a Colorado corporation, and
ECHOSTAR SATELLITE, L.L.C., now known as DISH Satellite, L.L.C., a Colorado limited liability company,
**Defendants.**

---

## [Proposed] ORDER GRANTING UNOPPOSED MOTION TO AMEND CAPTION
(Docket No 18)

Before the Court is the motion by Plaintiff Gol TV, Inc. seeking to amend the caption of this action to correct the current name of the second defendant, and finding good cause therefore, the Court hereby **GRANTS** the motion, and **ORDERS** as follows:

- The Clerk is directed to amend the caption of this action to depict the second defendant as "ECHOSTAR SATELLITE, L.L.C., now known as Dish Network, L.L.C., a Colorado limited liability company."

- The parties shall so reflect the correct name of the second defendant in their own submissions to the Court.

Dated: December 4TH, 2008

U.S. District/Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

{00169208;v1}