IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02143-PAB-MJW

GOL TV, INC.,

Plaintiff(s),

v.

ECHOSTAR SATELLITE CORPORATION, et al

Defendant(s).

---

### MINUTE ORDER

---

It is hereby ORDERED Stipulated Motion for Protective Order (docket no. 24) is GRANTED. The written Stipulation and Protective Order is APPROVED and made an Order of Court.

Date: December 16, 2008