IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02143-PAB-MJW

GOL TV, INC.,

Plaintiff(s),

v.

ECHOSTAR SATELLITE CORPORATION, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Withdraw, filed with the Court on March 6, 2009, DN 34, is GRANTED. Attorney Scott F. Llewellyn of Morrison & Foerster, LLP, is withdrawn as counsel of record for the Defendants. Attorney Stewart McNab of Carver Schwarz McNab & Bailey, LLC entered his appearance on March 4, 2009, and will represent the Defendants in this matter

Date: March 11, 2009