IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02143-PAB-~~MFW~~ MJW

GOL TV, INC.,

    Plaintiff,

v.

ECHOSTAR SATELITE CORPORATION and ECHOSTAR SATELLITE, L.L.C., now
known as DISH Satellite, L.L.C.,

    Defendants.

---

## [proposed] ORDER AMENDING SCHEDULING ORDER
( Docket No. 37 )

---

    This matter comes before the Court on the parties' Joint Motion to Amend

Scheduling Order, and the Court, having reviewed the motion and being fully advised,

finds good cause, grants the motion and amends the Scheduling Order (Docket No. 22)

as follows:

    a) the discovery cut off shall be April 30, 2009;

    b) dispositive motions must be filed no later than May 30, 2009; and

    c) the final pretrial conference will be held on _June 15_, 2009 at _9:00_

    o'clock A. m.

Dated: _March 30_, 2009

               BY THE COURT

               _____

               MICHAEL J. WATANABE
               U.S. MAGISTRATE JUDGE
               DISTRICT OF COLORADO