*Document saved to the K:/ Drive in PDF format on 5/1/09 by [initials]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-02143-PAB-MJW

GOL TV, INC., a Florida corporation.
   **Plaintiff,**

v

ECHOSTAR SATELLITE CORPORATION, a Colorado corporation, and
ECHOSTAR SATELLITE, L.L.C., now known as Dish Network, L.L.C., a Colorado limited liability company,
   **Defendants.**

---

## ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER (Docket No. 40)

---

This matter comes before the Court on the unopposed motion of Plaintiff Gol TV, Inc. to amend the the current discovery schedule, as set out in the Order Amending Scheduling Order (Doc. #39), which amended the Scheduling Order (Doc. #22), and finding good cause for the requested further amendment, the Court **GRANTS** the motion, and amends its prior orders as follows:

   a) The discovery cut-off deadline is now set at <u>May 29, 2009</u>.

   b) Dispositive motions must be filed no later than <u>June 30, 2009</u>.

   c) The final pretrial conference remains set for <u>June 15, 2009</u>, at <u>9:00 a.m.</u>

{00211265;v1}

1 of 2

Dated: April 30, 2009

BY THE COURT

Michael J. Watanabe
U.S. Magistrate Judge
District of Colorado