IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02143-PAB-MJW

GOL TV, INC.,
a Florida corporation,

    Plaintiff,

v.

ECHOSTAR SATELLITE CORPORATION,
a Colorado corporation, and
ECHOSTAR SATELLITE, L.L.C.,
a Colorado limited liability company, n/k/a Dish Network, L.L.C.,

    Defendants.
_____

## ORDER SETTING CASE FOR TRIAL
_____

    This matter has been scheduled for a two-day trial to the Court on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **April 26, 2010 at 8:00 a.m.**

    A Trial Preparation Conference is set for **April 9, 2010 at 8:30 a.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    sequestration of witnesses;

    2)    timing of presentation of witnesses and evidence;

    3)    anticipated evidentiary issues;

4)	any stipulations as to fact or law; and

5)	any other issue affecting the duration or course of the trial.


DATED July 29, 2009.

                BY THE COURT:


                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge