IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02143-PAB-MJW

GOL TV, INC.,
a Florida corporation,

    Plaintiff,

v.

ECHOSTAR SATELLITE CORPORATION,
a Colorado corporation, and
ECHOSTAR SATELLITE, L.L.C.,
a Colorado limited liability company, n/k/a Dish Network, L.L.C.,

    Defendants.
_____

## ORDER
_____

    This matter is before the Court on defendants' Motion for Stay of Execution and for Approval of Supersedeas Bond [Docket No. 111]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the motion [Docket No. 111] is granted. It is further

    ORDERED that execution of the judgment entered August 24, 2010 [Docket No. 100] is stayed during the pendency of the appeal of the judgment to the Tenth Circuit Court of Appeals. It is further

    ORDERED that the supersedeas bond is approved pursuant to Fed. R. Civ. P. 62(d). It is further

ORDERED that the stay shall terminate automatically when the United States Court of Appeals issues its mandate or when defendants dismiss their appeal.

DATED October 13, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge